**Order filed, December 05, 2018.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-18-00947-CV
_____

**VAN CUONG NGUYEN, Appellant**

**V.**

**KIM TRANG NGUYEN, Appellee**

---

**On Appeal from the 345th District Court
Travis County, Texas
Trial Court Cause No. D-1-FM-12-006576**

---

## ORDER

The reporter's record in this case was due **December 03, 2018**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Angie Hertel**, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM